**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**



LUCY PINDER, *et al.*

        Plaintiffs,

v.

J.A. ROGAR, INC. *et al.*

        Defendants.

Civil Action No.: 5:18-cv-00293
(TJM/TWD)

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISCONTINUANCE

It is hereby stipulated and agreed, by and between the undersigned, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed or a conservatee, and no person not a party has an interest in the subject matter of this action, all claims in this action against defendant James A. Salvatore are hereby dismissed and discontinued without prejudice, and without attorneys' fees, expenses and costs to any party.

**THE CASAS LAW FIRM, P.C.**

By: /s/ John V. Golaszewski
    John V. Golaszewski, Esq.
    1745 Broadway, 17th Floor
    New York, New York 10019
    T: 646.872.3178

**HARRIS BEACH PLLC**

By: /s/ James R. Muldoon
    James. R. Muldoon, Esq.
    Brian J. Gerling, Esq.
    333 West Washington Street, Suite 200
    Syracuse, New York 13202
    T: 315.214.2024

SO ORDERED:

7/23/18     _/s/ Thomas J. McAvoy_
               HONORABLE THOMAS J. MCAVOY (U.S.D.J.)

1